**DISMISS and Opinion Filed January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01047-CV

**KEITH HERVEY, Appellant**
**V.**
**RENT-A-CENTER AND RAC CORPORATION, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2019**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

By order dated October 24, 2019, we extended the deadline for filing the appellant's brief to December 12, 2019. Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, the brief has not been filed and appellant has not otherwise communicated with the Court. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191047F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEITH HERVEY, Appellant

No. 05-19-01047-CV        V.

RENT-A-CENTER AND RAC
CORPORATION, Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-00467-2019.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered January 10, 2020.